IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bell Sr, Gregory

Printed: 9/3/08

Case Number: 07 B 17120
Judge: Goldgar, A. Benjamin
Filed: 9/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 1, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,470.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,474.00 |
| Trustee Fee: |  | 241.51 |
| Other Funds: |  | 754.49 |
| Totals: | 4,470.00 | 4,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 3,474.00 | 3,474.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 34,437.94 | 0.00 |
| 6. | Internal Revenue Service | Priority | 23,372.33 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 43.21 | 0.00 |
| 8. | B-Real LLC | Unsecured | 25.80 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 396.12 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 45.12 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 67.59 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 2,240.03 | 0.00 |
| 13. | Credit Acceptance Corp | Secured |  | No Claim Filed |
| 14. | Cook County Treasurer | Secured |  | No Claim Filed |
| 15. | American Credit Collection | Unsecured |  | No Claim Filed |
| 16. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 64,102.14 | $ 3,474.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 241.51 |
|  | $ 241.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bell Sr, Gregory | Case Number:  07 B 17120 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  9/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

